UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BROWN #485623,

        Plaintiff(s),         CASE NUMBER: 07-11804
                                     HONORABLE VICTORIA A. ROBERTS

v.

PATRICIA CARUSO *et al.*,

        Defendant(s).
_____/

## ORDER

On December 19, 2007, Plaintiff James Brown ("Plaintiff") filed a "Motion for Stay of Address and Expedited Hearing." (Doc. #33). Plaintiff asks the Court for an order: (1) requiring the Michigan Department of Corrections ("MDOC") to transfer him to the Pugsley Correctional Facility, reinstate him as unit porter, and allow him unrestricted access to the law library; and (2) granting him an enlargement of time to respond to Defendants' Motion for Summary Judgment. Plaintiff also requests a copy of Defendants' Motion for Summary Judgment and an expedited hearing on the following motions: (1) Motion to Appoint Counsel; (2) Motion to Amend Motion to Appoint Counsel; (3) Motion to Issue Restraining Order Against MDOC; and (4) Motion to Amend Motion to Issue Restraining Order Against MDOC.

The Court **DENIES** Plaintiff's request for a transfer and his related requests. Prison administrators have discretion to determine if and when a prisoner should be transferred to another facility. See *Meachum v. Fano*, 427 U.S. 215, 225 (1976).

The Court **GRANTS** Plaintiff's request for an enlargement of time. The Court

1

encloses Defendants' Motion for Summary Judgment, and Plaintiff must respond on or before March 2, 2008.

The Court **DENIES** Plaintiff's request for an expedited hearing. After reviewing Plaintiff's motions, the Court finds that oral argument would not significantly aid the decision process. Accordingly, the Court will decide Plaintiff's motions on the briefs. *See* Eastern District of Michigan Local Rule 7.1(e)(2).

**IT IS ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: January 3, 2008

> The undersigned certifies that a copy of this document was served on the attorneys of record and Plaintiff James Brown by electronic means or U.S. Mail on January 3, 2008.
>
> s/Linda Vertriest
> Deputy Clerk